BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN ERIC SWITZER, | ) | Case No. 17-cv-01019 CKD |
| | ) | |
| Plaintiff, | ) | ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| v. | ) | |
| COMMISSIONER OF SSA, | ) | |
| Defendant. | ) | |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file his summary judgment motion is hereby extended to November 17, 2017.

Dated: October 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1