BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC SWITZER, ) | Case No. 2:17-cv-01019 CKD |
| ) | |
| Plaintiff, ) | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. ) | |
| COMMISSIONER OF SSA, ) | |
| Defendant. ) | |

Pursuant to the parties' November 16, 2017 stipulation, Plaintiff's time to file a summary judgment motion is hereby extended to December 15, 2017. IT IS SO ORDERED.

Dated: November 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1