BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC SWITZER ) <br> xxx-xx-5596 ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SSA ) <br> ) <br> Defendant. ) <br> ) | Case No. 17-cv-1019 CKD <br><br> **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

**ORDER**

PURSUANT TO THE STIPULATION at ECF No. 16, IT IS SO ORDERED that Plaintiff's time to file his summary judgment motion is hereby extended to December 29, 2017.

Dated: December 19, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1