UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC SWITZER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:17-cv-1019 CKD<br><br>ORDER TO SHOW CAUSE |

Plaintiff Steven Eric Switzer, who is represented by counsel, commenced this social security action on May 15, 2017. (ECF No. 1.) On May 19, 2017, the court granted plaintiff's request to proceed in forma pauperis and ordered service of the complaint on the Commissioner by the U.S. Marshal. (ECF No. 3.) That same day, the court issued a scheduling order, which required plaintiff to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record, unless plaintiff elected to first submit new evidence outside the evidentiary record, along with a request for voluntary remand, to the Commissioner. (ECF No. 5 at 2.)

The Commissioner lodged the administrative transcript on September 20, 2017. (ECF No. 10.) Plaintiff was granted three extensions of time (ECF Nos. 13, 15, 17). The latest order extended the deadline to December 29, 2017 (ECF No. 17) to file the motion for summary

1

judgment, but it has not been filed.

The court's May 19, 2017 scheduling order in this matter expressly states that failure to adhere to scheduling deadlines "may result in sanctions, including dismissal. L.R. 110. Plaintiff has an affirmative duty to prosecute this action, and failure to do so may result in a dismissal for lack of prosecution. Fed. R. Civ. P. 41(b). Requests to modify this order must be made by written motion." (ECF No. 5 at 3-4.)

Accordingly, within fourteen (14) days of this order, plaintiff shall show cause in writing why monetary sanctions should not be imposed and/or why this case should not be dismissed for lack of prosecution and failure to comply with court orders. Failure to timely file the required writing will result in dismissal of the action. See Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; see also Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (recognizing that a court may dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or the court's orders).

IT IS SO ORDERED.

Dated: February 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/de/17-1019 Switzer OSC