1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN ERIC SWITZER,                        No.  2:17-cv-1019 CKD

12                  Plaintiff,

13        v.                                      ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                    Defendant.
16

17        Plaintiff, proceeding through counsel and in forma pauperis, filed the complaint in this

18   Social Security action on May 15, 2017.  (ECF No. 1.)  The parties have consented to Magistrate

19   Judge jurisdiction to conduct all proceedings in this action.  (ECF Nos. 6 & 8.)  Defendant filed

20   an answer and lodged the administrative transcript on September 20, 2017.  (ECF Nos. 10 & 11.)

21   The parties stipulated to three extensions of time for plaintiff to file his motion for summary

22   judgment, and the court approved these extensions.  (ECF Nos. 13, 15 & 17.)

23        After plaintiff missed the third extended deadline, the court on February 5, 2018 issued an

24   order to show cause why this case should not be dismissed for lack of prosecution.  The court

25   advised plaintiff that failure to timely file the required writing would result in dismissal of the

26   action.  (ECF No. 19.)  The fourteen-day period to respond to the order has passed, and plaintiff

27   has not filed a response.

28   ////

Because the court favors resolving cases on the merits, the court will opt at this time for a lesser sanction than dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's counsel is sanctioned in the amount of $150.00;

2.  No later than fourteen days from the date of this order, plaintiff's counsel shall remit a check for $150.00 to the Clerk of Court;

3. Plaintiff's counsel shall not pass on this monetary sanction to plaintiff Switzer either directly or indirectly;

4.  No later than fourteen days from the date of this order, plaintiff shall file a motion for summary judgment and/or remand;

5.  Failure to comply with this order will result in dismissal of this action; and

6.  Plaintiff's counsel shall provide a copy of this order to plaintiff Switzer.

Dated:  March 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / switzer1019.sanc

2